| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| **NEXUS BANKRUPTCY**<br>Benjamin Heston (297798)<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Tel: 951.290.2827<br>Fax: 949.288.2054<br>ben@nexusbk.com<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

## United States Bankruptcy Court
## Central District of California - Santa Ana Division

| In re:<br><br>RYAN S. BOZIGIAN | CASE NO.:<br>CHAPTER: 7 |
|---|---|
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |
| Debtor(s). | |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

**Declaration of Debtor 1**

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (*Check only ONE box below*):

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 04/18/2023        Ryan S Bozigian          */s/ Ryan Bozigian*
                        Printed name of Debtor 1         Signature of Debtor 1

**Declaration of Debtor 2 (Joint Debtor) (if applicable)**

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (*Check only ONE box below*):

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____        _____          _____
                           Printed name of Debtor 2          Signature of Debtor 2

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                                     F 1002-1.EMP.INCOME.DEC

**Cellco Partnership**
One Verizon Way
Basking Ridge  NJ  07920
1-800-932-7947

| | |
|---|---|
| Pay Group: | California Region Biweekly |
| Pay Begin Date: | 02/22/2023 |
| Pay End Date: | 02/22/2023    - On-Line Check - |
| Advice #: | 38628624 |
| Advice Date: | 02/24/2023 |

**Ryan Bozigian**
3395 Michelson Dr Apt 4589
Irvine  CA  92612

| | |
|---|---|
| Employee ID: | 2433628 |
| Mail Drop: | H00000000 |
| Location: | |
| Cycle Rate: | N/A |

| TAX DATA: | Federal | CA State |
|---|---|---|
| Marital Status: | Married | Married |
| Allowances: | 0 | 1 |
| Addl. Pct.: | 0 | 0 |
| Addl. Amt.: | 0 | 0 |

### HOURS AND EARNINGS

| Description | Current Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| **PRIOR PAY PERIOD:** | | | | | |
| **01/01/2023-01/31/2023** | | | | | |
| Commissions | | | 1,363.48 | | 2,473.40 |
| **YTD HISTORY:** | | | | | |
| Regular Pay | | | | 291.63 | 5,327.86 |
| OT PAID @ 1.5 | | | | 66.47 | 1,876.70 |
| OT PAID @ 2.0 | | | | 36.94 | 1,433.23 |
| Absence Time Unpaid | | | | 13.00 | |
| OT True Up @ 1.5 | | | | 59.63 | 92.25 |
| OT True Up @ 2.0 | | | | 12.21 | 13.76 |
| Holiday | | | | 16.00 | 292.30 |
| Holiday Worked Premium - 150% | | | | 0.83 | 22.74 |
| Holiday Worked @ 0.50 | | | | 16.00 | 146.16 |
| Sick Pay | | | | 8.00 | 146.15 |
| Same Day Location Change Pay | | | | 5.00 | 500.00 |
| Sunday Worked Premium - 35% | | | | 23.93 | 153.01 |
| Total: | | | 1,363.48 | | 12,477.56 |

### TAXES

| Description | Current | Tax Gross Cur | YTD | Tax Gross YTD |
|---|---|---|---|---|
| Fed Withholdng | 299.97 | 1,363.48 | 299.97 | 12,006.76 |
| Fed MED/EE | 19.77 | 1,363.48 | 174.10 | 12,006.76 |
| Fed OASDI/EE | 84.54 | 1,363.48 | 744.42 | 12,006.76 |
| CA Withholdng | 89.99 | 1,363.48 | 89.99 | 12,006.76 |
| CA OASDI/EE | 12.27 | 1,363.48 | 108.06 | 12,006.76 |
| Total: | 506.54 | | 1,416.54 | |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Before-Tax Medical | | 442.28 |
| Before-Tax Dental | | 78.44 |
| Before-Tax Vision | | 42.32 |
| Total: | | 563.04 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Long-Term Disability Ins | | 22.92 |
| Total: | | 22.92 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Taxable Award* | | 92.24 |
| *Taxable | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,363.48 | 1,363.48 | 506.54 | | 856.94 |
| YTD: | 12,477.56 | 12,006.76 | 1,416.54 | 585.96 | 10,475.06 |

### NET PAY DISTRIBUTION

| | | |
|---|---|---|
| Checking Acct# | XXXXXX5697 | 856.94 |
| Total: | | 856.94 |

**MESSAGE:**
Payroll adj including commission and STD through the 02/22/23 pay end date.

**Cellco Partnership**
One Verizon Way
Basking Ridge  NJ  07920
1-800-932-7947

| | |
|---|---|
| Pay Group: | California Region Biweekly |
| Pay Begin Date: | 02/24/2023 |
| Pay End Date: | 02/24/2023    - On-Line Check - |
| Advice #: | 38665213 |
| Advice Date: | 02/28/2023 |

**Ryan Bozigian**
3395 Michelson Dr Apt 4589
Irvine  CA  92612

| | |
|---|---|
| Employee ID: | 2433628 |
| Mail Drop: | H00000000 |
| Location: | |
| Cycle Rate: | N/A |

| TAX DATA: | Federal | CA State |
|---|---|---|
| Marital Status: | Married | Married |
| Allowances: | 0 | 1 |
| Addl. Pct.: | 0 | 0 |
| Addl. Amt.: | 0 | 0 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| **PRIOR PAY PERIOD:** | | | | | |
| **01/29/2023-02/04/2023** | | | | | |
| OT True Up @ 1.5 | 3.027538 | 11.00 | 33.30 | 122.63 | 302.85 |
| OT True Up @ 2.0 | 6.055075 | 9.10 | 55.10 | 38.02 | 182.29 |
| **01/22/2023-01/28/2023** | | | | | |
| OT True Up @ 1.5 | 2.894609 | 11.00 | 31.84 | | |
| OT True Up @ 2.0 | 5.789217 | 2.18 | 12.62 | | |
| **01/15/2023-01/21/2023** | | | | | |
| OT True Up @ 1.5 | 4.038038 | 17.62 | 71.15 | | |
| OT True Up @ 2.0 | 8.076076 | 4.50 | 36.34 | | |
| **01/08/2023-01/14/2023** | | | | | |
| OT True Up @ 1.5 | 3.096499 | 8.71 | 26.97 | | |
| OT True Up @ 2.0 | 6.192997 | 1.00 | 6.19 | | |
| **01/01/2023-01/07/2023** | | | | | |
| OT True Up @ 1.5 | 3.227239 | 14.67 | 47.34 | | |
| OT True Up @ 2.0 | 6.454477 | 9.03 | 58.28 | | |
| **YTD HISTORY:** | | | | | |
| Regular Pay | | | | 291.63 | 5,327.86 |
| OT PAID @ 1.5 | | | | 66.47 | 1,876.70 |
| OT PAID @ 2.0 | | | | 36.94 | 1,433.23 |
| Absence Time Unpaid | | | | 13.00 | |
| Commissions | | | | | 2,473.40 |
| Holiday | | | | 16.00 | 292.30 |
| Holiday Worked Premium - 150% | | | | 0.83 | 22.74 |
| Holiday Worked @ 0.50 | | | | 16.00 | 146.16 |
| Sick Pay | | | | 8.00 | 146.15 |
| Same Day Location Change Pay | | | | 5.00 | 500.00 |
| Sunday Worked Premium - 35% | | | | 23.93 | 153.01 |
| Total: | | | 379.13 | | 12,856.69 |

### TAXES

| Description | Current | Tax Gross Cur | YTD | Tax Gross YTD |
|---|---|---|---|---|
| Fed Withholdng | 83.41 | 379.13 | 383.38 | 12,385.89 |
| Fed MED/EE | 5.50 | 379.13 | 179.60 | 12,385.89 |
| Fed OASDI/EE | 23.51 | 379.13 | 767.93 | 12,385.89 |
| CA Withholdng | 25.02 | 379.13 | 115.01 | 12,385.89 |
| CA OASDI/EE | 3.41 | 379.13 | 111.47 | 12,385.89 |
| Total: | 140.85 | | 1,557.39 | |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Before-Tax Medical | | 442.28 |
| Before-Tax Dental | | 78.44 |
| Before-Tax Vision | | 42.32 |
| Total: | | 563.04 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Long-Term Disability Ins | | 22.92 |
| Total: | | 22.92 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Taxable Award* | | 92.24 |
| *Taxable | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 379.13 | 379.13 | 140.85 | | 238.28 |
| YTD: | 12,856.69 | 12,385.89 | 1,557.39 | 585.96 | 10,713.34 |

### NET PAY DISTRIBUTION

| | | |
|---|---|---|
| Checking Acct# | XXXXXX5697 | 238.28 |
| Total: | | 238.28 |

**MESSAGE:**
Payroll adj including commission and STD through the 02/24/23 pay end date.

**Cellco Partnership**
One Verizon Way
Basking Ridge  NJ  07920
1-800-932-7947

| Pay Group: | California Region Biweekly | | |
|---|---|---|---|
| Pay Begin Date: | 02/12/2023 | Advice #: | 38701041 |
| Pay End Date: | 02/25/2023    - On-Line Check - | Advice Date: | 03/03/2023 |

**Ryan Bozigian**
3395 Michelson Dr Apt 4589
Irvine  CA  92612

| Employee ID: | 2433628 |
|---|---|
| Mail Drop: | H00000000 |
| Location: | |
| Cycle Rate: | N/A |

| TAX DATA: | Federal | CA State |
|---|---|---|
| Marital Status: | Married | Married |
| Allowances: | 0 | 1 |
| Addl. Pct.: | 0 | 0 |
| Addl. Amt.: | 0 | 0 |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| **CURRENT PAY PERIOD:** | | | | | |
| **02/12/2023-02/25/2023** | | | | | |
| Regular Pay | 18.269231 | 80.00 | 1,461.54 | 371.63 | 6,789.40 |
| OT Paid @ 1.5 FLSA RT | 29.260909 | 11.00 | 321.86 | | |
| OT Paid @ 1.5 FLSA RT | 28.267270 | 10.99 | 310.65 | 88.46 | 2,509.20 |
| OT Paid @ 2.0 FLSA RT | 38.264286 | 7.00 | 267.84 | 56.27 | 2,197.39 |
| OT Paid @ 2.0 FLSA RT | 40.252968 | 12.33 | 496.31 | | |
| TOTAL HOURS WORKED: | | 121.32 | | 516.36 | |
| Same Day Location Change Pay | 100.000000 | 3.00 | 300.00 | 8.00 | 800.00 |
| Sunday Worked Premium - 35% | 6.394231 | 5.50 | 35.17 | 29.43 | 188.18 |
| **YTD HISTORY:** | | | | | |
| Absence Time Unpaid | | | | 13.00 | |
| Commissions | | | | | 2,473.40 |
| OT True Up @ 1.5 | | | | 122.63 | 302.85 |
| OT True Up @ 2.0 | | | | 38.02 | 182.29 |
| Holiday | | | | 16.00 | 292.30 |
| Holiday Worked Premium - 150% | | | | 0.83 | 22.74 |
| Holiday Worked @ 0.50 | | | | 16.00 | 146.16 |
| Sick Pay | | | | 8.00 | 146.15 |
| Total: | | | 3,193.37 | | 16,050.06 |

## TAXES

| Description | Current | Tax Gross Cur | YTD | Tax Gross YTD |
|---|---|---|---|---|
| Fed Withholdng | 220.05 | 3,052.61 | 603.43 | 15,438.50 |
| Fed MED/EE | 44.26 | 3,052.61 | 223.86 | 15,438.50 |
| Fed OASDI/EE | 189.26 | 3,052.61 | 957.19 | 15,438.50 |
| CA Withholdng | 67.14 | 3,052.61 | 182.15 | 15,438.50 |
| CA OASDI/EE | 27.48 | 3,052.61 | 138.95 | 15,438.50 |
| Total: | 548.19 | | 2,105.58 | |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Before-Tax Medical | 110.57 | 552.85 |
| Before-Tax Dental | 19.61 | 98.05 |
| Before-Tax Vision | 10.58 | 52.90 |
| Total: | 140.76 | 703.80 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Long-Term Disability Ins | 5.73 | 28.65 |
| Total: | 5.73 | 28.65 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Taxable Award* | | 92.24 |
| *Taxable | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 3,193.37 | 3,052.61 | 548.19 | 146.49 | 2,498.69 |
| YTD: | 16,050.06 | 15,438.50 | 2,105.58 | 732.45 | 13,212.03 |

## NET PAY DISTRIBUTION

| Checking Acct# | XXXXXX5697 | 2,498.69 |
|---|---|---|
| Total: | | 2,498.69 |

**MESSAGE:**
Regular Pay: 02/12/23-02/25/23. Exception Pay: 02/12/23-02/25/23.

**Cellco Partnership**
One Verizon Way
Basking Ridge  NJ  07920
1-800-932-7947

| Pay Group: | California Region Biweekly | | |
|---|---|---|---|
| Pay Begin Date: | 02/26/2023 | Advice #: | 38737358 |
| Pay End Date: | 03/11/2023   - On-Line Check - | Advice Date: | 03/17/2023 |

**Ryan Bozigian**
3395 Michelson Dr Apt 4589
Irvine  CA  92612

| Employee ID: | 2433628 |
|---|---|
| Mail Drop: | H00000000 |
| Location: | |
| Cycle Rate: | N/A |

| TAX DATA: | Federal | CA State |
|---|---|---|
| Marital Status: | Married | Married |
| Allowances: | 0 | 1 |
| Addl. Pct.: | 0 | 0 |
| Addl. Amt.: | 0 | 0 |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| **CURRENT PAY PERIOD:** | | | | | |
| **02/26/2023-03/11/2023** | | | | | |
| Regular Pay | 18.269231 | 76.75 | 1,402.16 | 448.38 | 8,191.56 |
| OT Paid @ 1.5 FLSA RT | 27.721818 | 11.00 | 304.93 | 110.46 | 3,131.33 |
| OT Paid @ 1.5 FLSA RT | 28.836364 | 11.00 | 317.19 | | |
| OT Paid @ 2.0 FLSA RT | 37.152353 | 0.17 | 6.32 | 61.94 | 2,420.41 |
| OT Paid @ 2.0 FLSA RT | 39.402727 | 5.50 | 216.71 | | |
| TOTAL HOURS WORKED: | | 104.42 | | 620.78 | |
| Same Day Location Change Pay | 100.000000 | 1.00 | 100.00 | 9.00 | 900.00 |
| Sunday Worked Premium - 35% | 6.394231 | 14.42 | 92.20 | 43.85 | 280.38 |
| YTD HISTORY: | | | | | |
| Absence Time Unpaid | | | | 13.00 | |
| Commissions | | | | | 2,473.40 |
| OT True Up @ 1.5 | | | | 122.63 | 302.85 |
| OT True Up @ 2.0 | | | | 38.02 | 182.29 |
| Holiday | | | | 16.00 | 292.30 |
| Holiday Worked Premium - 150% | | | | 0.83 | 22.74 |
| Holiday Worked @ 0.50 | | | | 16.00 | 146.16 |
| Sick Pay | | | | 8.00 | 146.15 |
| Total: | | | 2,439.51 | | 18,489.57 |

## TAXES

| Description | Current | Tax Gross Cur | YTD | Tax Gross YTD |
|---|---|---|---|---|
| Fed Withholdng | 59.04 | 2,298.75 | 662.47 | 17,737.25 |
| Fed MED/EE | 33.33 | 2,298.75 | 257.19 | 17,737.25 |
| Fed OASDI/EE | 142.52 | 2,298.75 | 1,099.71 | 17,737.25 |
| CA Withholdng | 33.97 | 2,298.75 | 216.12 | 17,737.25 |
| CA OASDI/EE | 20.69 | 2,298.75 | 159.64 | 17,737.25 |
| Total: | 289.55 | | 2,395.13 | |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Before-Tax Medical | 110.57 | 663.42 |
| Before-Tax Dental | 19.61 | 117.66 |
| Before-Tax Vision | 10.58 | 63.48 |
| Total: | 140.76 | 844.56 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Long-Term Disability Ins | 5.73 | 34.38 |
| Total: | 5.73 | 34.38 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Taxable Award* | | 92.24 |
| *Taxable | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 2,439.51 | 2,298.75 | 289.55 | 146.49 | 2,003.47 |
| YTD: | 18,489.57 | 17,737.25 | 2,395.13 | 878.94 | 15,215.50 |

## NET PAY DISTRIBUTION

| | | |
|---|---|---|
| Checking Acct# | XXXXXX5697 | 2,003.47 |
| Total: | | 2,003.47 |

**MESSAGE:**
Regular Pay: 02/26/23-03/11/23. Exception Pay: 02/26/23-03/11/23.

**Cellco Partnership**
One Verizon Way
Basking Ridge  NJ  07920
1-800-932-7947

| Pay Group: | California Region Biweekly | | |
|---|---|---|---|
| Pay Begin Date: | 03/12/2023 | Advice #: | 38787156 |
| Pay End Date: | 03/25/2023   - On-Line Check - | Advice Date: | 03/31/2023 |

**Ryan Bozigian**
3395 Michelson Dr Apt 4589
Irvine  CA  92612

| Employee ID: | 2433628 |
|---|---|
| Mail Drop: | H00000000 |
| Location: | |
| Cycle Rate: | N/A |

| TAX DATA: | Federal | CA State |
|---|---|---|
| Marital Status: | Exempt | Married |
| Allowances: | 0 | 1 |
| Addl. Pct.: | 0 | 0 |
| Addl. Amt.: | 0 | 0 |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| **CURRENT PAY PERIOD:** | | | | | |
| **03/12/2023-03/25/2023** | | | | | |
| Regular Pay | 18.817308 | 80.00 | 1,505.38 | 528.38 | 9,696.94 |
| OT Paid @ 1.5 FLSA RT | 28.726000 | 10.00 | 287.23 | | |
| OT Paid @ 1.5 FLSA RT | 29.959091 | 11.00 | 329.52 | 131.46 | 3,749.66 |
| OT Paid @ 2.0 FLSA RT | 41.097360 | 17.27 | 709.71 | 79.21 | 3,128.54 |
| TOTAL HOURS WORKED: | | 118.27 | | 739.05 | |
| Same Day Location Change Pay | 100.000000 | 2.00 | 200.00 | 11.00 | 1,100.00 |
| Sunday Worked Premium - 35% | 6.586058 | 13.05 | 85.94 | 56.90 | 366.32 |
| **YTD HISTORY:** | | | | | |
| Absence Time Unpaid | | | | 13.00 | |
| Commissions | | | | | 2,473.40 |
| OT True Up @ 1.5 | | | | 122.63 | 302.85 |
| OT True Up @ 2.0 | | | | 38.02 | 182.29 |
| Holiday | | | | 16.00 | 292.30 |
| Holiday Worked Premium - 150% | | | | 0.83 | 22.74 |
| Holiday Worked @ 0.50 | | | | 16.00 | 146.16 |
| Sick Pay | | | | 8.00 | 146.15 |
| Stock Together Award | | | | | 427.81 |
| Total: | | | 3,117.78 | | 22,035.16 |

## TAXES

| Description | Current | Tax Gross Cur | YTD | Tax Gross YTD |
|---|---|---|---|---|
| Fed Withholdng | | 2,977.02 | 756.59 | 21,142.08 |
| Fed MED/EE | 43.17 | 2,977.02 | 306.56 | 21,142.08 |
| Fed OASDI/EE | 184.58 | 2,977.02 | 1,310.81 | 21,142.08 |
| CA Withholdng | 63.82 | 2,977.02 | 323.71 | 21,142.08 |
| CA OASDI/EE | 26.79 | 2,977.02 | 190.28 | 21,142.08 |
| Total: | 318.36 | | 2,887.95 | |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Before-Tax Medical | 110.57 | 773.99 |
| Before-Tax Dental | 19.61 | 137.27 |
| Before-Tax Vision | 10.58 | 74.06 |
| Total: | 140.76 | 985.32 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Long-Term Disability Ins | 5.73 | 40.11 |
| STP Net Pay Adjustment | | 253.35 |
| Total: | 5.73 | 293.46 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Taxable Award* | | 92.24 |
| *Taxable | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 3,117.78 | 2,977.02 | 318.36 | 146.49 | 2,652.93 |
| YTD: | 22,035.16 | 21,142.08 | 2,887.95 | 1,278.78 | 17,868.43 |

## NET PAY DISTRIBUTION

| Checking Acct# | XXXXXX7588 | 2,652.93 |
|---|---|---|
| Total: | | 2,652.93 |

**MESSAGE:**
Regular Pay: 03/12/23-03/25/23. Exception Pay: 03/12/23-03/25/23.

**Cellco Partnership**
One Verizon Way
Basking Ridge  NJ  07920
1-800-932-7947

| Pay Group: | California Region Biweekly | | |
|---|---|---|---|
| Pay Begin Date: | 03/26/2023 | Advice #: | 38843783 |
| Pay End Date: | 04/08/2023    - On-Line Check - | Advice Date: | 04/14/2023 |

**Ryan Bozigian**
3395 Michelson Dr Apt 4589
Irvine  CA  92612

| Employee ID: | 2433628 |
|---|---|
| Mail Drop: | H00000000 |
| Location: | |
| Cycle Rate: | N/A |

| TAX DATA: | Federal | CA State |
|---|---|---|
| Marital Status: | Exempt | Married |
| Allowances: | 0 | 1 |
| Addl. Pct.: | 0 | 0 |
| Addl. Amt.: | 0 | 0 |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| **CURRENT PAY PERIOD:** | | | | | |
| **03/26/2023-04/08/2023** | | | | | |
| Regular Pay | 18.817308 | 67.66 | 1,273.18 | 596.04 | 10,970.12 |
| OT Paid @ 1.5 FLSA RT | 31.766154 | 6.50 | 206.46 | | |
| OT Paid @ 1.5 FLSA RT | 28.905455 | 11.00 | 317.93 | 149.96 | 4,300.72 |
| OT Paid @ 2.0 FLSA RT | 38.992932 | 1.33 | 51.86 | 84.17 | 3,318.57 |
| TOTAL HOURS WORKED: | | 86.49 | | 830.17 | |
| Sick Pay | 18.817308 | 24.00 | 451.62 | 33.00 | 616.59 |
| Same Day Location Change Pay | 100.000000 | 2.00 | 200.00 | 14.00 | 1,400.00 |
| Sunday Worked Premium - 35% | 6.586058 | 17.08 | 112.49 | 73.98 | 478.81 |
| **YTD HISTORY:** | | | | | |
| Absence Time Unpaid | | | | 13.00 | |
| Commissions | | | | | 3,350.53 |
| OT True Up @ 1.5 | | | | 210.63 | 491.53 |
| OT True Up @ 2.0 | | | | 104.15 | 501.86 |
| Holiday | | | | 16.00 | 292.30 |
| Holiday Worked Premium - 150% | | | | 0.83 | 22.74 |
| Holiday Worked @ 0.50 | | | | 16.00 | 146.16 |
| Stock Together Award | | | | | 427.81 |
| Total: | | | 2,613.54 | | 26,317.74 |

## TAXES

| Description | Current | Tax Gross Cur | YTD | Tax Gross YTD |
|---|---|---|---|---|
| Fed Withholdng | | 2,472.78 | 756.59 | 25,283.90 |
| Fed MED/EE | 35.86 | 2,472.78 | 366.62 | 25,283.90 |
| Fed OASDI/EE | 153.31 | 2,472.78 | 1,567.60 | 25,283.90 |
| CA Withholdng | 41.63 | 2,472.78 | 423.23 | 25,283.90 |
| CA OASDI/EE | 22.26 | 2,472.78 | 227.56 | 25,283.90 |
| Total: | 253.06 | | 3,341.60 | |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Before-Tax Medical | 110.57 | 884.56 |
| Before-Tax Dental | 19.61 | 156.88 |
| Before-Tax Vision | 10.58 | 84.64 |
| Total: | 140.76 | 1,126.08 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Long-Term Disability Ins | 5.73 | 45.84 |
| STP Net Pay Adjustment | | 253.35 |
| Total: | 5.73 | 299.19 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Taxable Award* | | 92.24 |
| *Taxable | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 2,613.54 | 2,472.78 | 253.06 | 146.49 | 2,213.99 |
| YTD: | 26,317.74 | 25,283.90 | 3,341.60 | 1,425.27 | 21,550.87 |

## NET PAY DISTRIBUTION

| Checking Acct# | XXXXXX7588 | 2,213.99 |
|---|---|---|
| Total: | | 2,213.99 |

**MESSAGE:**
Regular Pay: 03/26/23-04/08/23. Exception Pay: 03/26/23-04/08/23.