Certificate Number: 14912-CAC-DE-037436043

Bankruptcy Case Number: 23-10817



14912-CAC-DE-037436043

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 17, 2023, at 1:11 o'clock AM EDT, Ryan Bozigian completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:  May 17, 2023             By:    /s/Jai Bhatt

                                Name:  Jai Bhatt

                                Title: Counselor